AO 442 (Rev. 11/11) Arrest Warrant

FILED

DEC 16 2025

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

# UNITED STATES DISTRICT COURT

for the
Eastern District of Virginia

ORIGINAL

| United States of America | ) | |
| | ) | |
| v. | ) | Case No. 4:25cr78 |
| | ) | FBI: 11898137 |
| | ) | |
| Mouhamed Ahmedou El Jily | ) | |
| *Defendant* | | |

RECEIVED
UNITED STATES MARSHAL
EASTERN DISTRICT
OF VIRGINIA
NORFOLK DIVISION
2025 DEC -9 P 12 51

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Mouhamed Ahmedou El Jily ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court
☐ Pretrial Release Violation Petition   ☐ Other_____

This offense is briefly described as follows:

T.21:841(a)(1), and (b)(1)(d) - Possession with Intent to Distribute Marijuana

Date:   12/08/2025

_____
Issuing officer's signature

City and state:   Newport News, VA

Douglas E. Miller, U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 12/8/2025 , and the person was arrested on *(date)* 12/16/2025 at *(city and state)* Newport News, VA . |
| Date: 12/16/2025                   _____<br>Arresting officer's signature |
| ATF TFO Glenn Marshall<br>*Printed name and title* |